CHARLES C. McCORMICK, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.

Division B.

Decision Filed February 22, 1928.

*C. R. Mathis,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—The probative force and effect of the evidence in this case is such that the judgment should be reversed on authority of the opinion in the case of Stedman v. State, 80 Fla. 547, 86 Sou. Rep. 428, and it is so ordered.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.. concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion and judgment.